**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| JIMMY JACK BOYD, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:26-CV-71-RWS-JBB |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

# ORDER

Petitioner Jimmy Jack Boyd, proceeding *pro se*, filed the above-styled petition for the writ of habeas corpus under 28 U.S.C. § 2254. Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter in accordance with 28 U.S.C. § 636.

The magistrate judge issued a report and recommendation on June 24, 2026, recommending that the application for the writ of habeas corpus be dismissed without prejudice for want of jurisdiction and failure to exhaust state remedies. Docket No. 4. The magistrate judge further recommended that a certificate of appealability be denied *sua sponte*.

A copy of the report was sent to Petitioner at his last known address. Petitioner acknowledged receipt of the report and recommendation on June 30, 2026. Docket No. 7. To date, no objections have been filed.

Because no objections to the magistrate judge's report and recommendation have been filed, Petitioner is barred from *de novo* review of the findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Tex.*, 858 F.3d 348, 352 (5th Cir. 2017). After review, the Court concludes that the report of the magistrate judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert.*

*denied*, 492 U.S. 918 (1989) (where no objections to a magistrate judge's report and recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the report and recommendation of the magistrate judge (Docket No. 4) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled case is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction and failure to exhaust state remedies. It is further

**ORDERED** that a certificate of appealability is **DENIED**.

**So ORDERED and SIGNED this 26th day of August, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE